**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| S.R., minor child, and Mohammed Nuruzzaman, *on behalf of S.R.*, | ) ) ) | |
| Petitioners, | ) ) ) | No. 2:19-cv-00482-DCN |
| A.H., *a minor*, and Mohammad Abdul Khalik, *on behalf of A.H.*, | ) ) ) ) | |
| Petitioners, | ) ) | No. 2:19-cv-00483-DCN |
| vs. | ) ) | **ORDER** |
| J Al Cannon, Jr., *sheriff / Warden*, Sheriff Al Cannon Detention Center, Kirstjen Nielsen, *Secretary U.S. Department of Homeland Security*, and Alex M Azar, II, *Secretary U.S. Department of Health And Human Services*, | ) ) ) ) ) ) ) ) | |
| Respondents. | ) ) | |

This matter comes before the court on petitioners' motion to enforce judgment / settlement and motion for attorney's fees. ECF No. 33, 2:19-cv-00482; ECF No. 36, 2:19-cv-00483. The court has considered the arguments, evidence, and law set forth by the parties on the matter. The court finds that it is unable to determine that an agreement was reached between the parties to settle this matter according the terms set forth in the petitioners' motion. As such, the court denies the motion to enforce judgment / settlement and motion for attorney's fees.

1

**AND IT IS SO ORDERED.**

                                    **DAVID C. NORTON**
                                    **UNITED STATES DISTRICT JUDGE**

**May 3, 2019**
**Charleston, South Carolina**